IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK D. ACKWITH, et ux.   *   Case No. 93-3111 (MD) (1)
                               *   Case No. MDL-875 (PAE)
            Plaintiffs         *
                               *
                               *
v.                             *
                               *
ACamdS, Inc., et al.           *
                               *
            Defendants         *
* * * * * * * * * * * * * * * * * * * *

O R D E R

1.   On Motion of Marie Ackwith for substitution in place of

Frederick D. Ackwith, deceased, it appearing to the Court that

the said Frederick D. Ackwith died testate on January 29, 2000;

that the claim asserted by him in this action was not thereby

extinguished; and that Marie Ackwith has been duly appointed

Personal Representative of the Estate of Frederick D. Ackwith,

and is qualified and is acting as such.

2.   On Motion of Marie Ackwith, plaintiff and surviving spouse

of Frederick D. Ackwith, deceased, for the addition of her loss

of consortium and wrongful death claims, it appearing to the

Court that the said Frederick D. Ackwith died on January 29,

2000; that the Plaintiff, Marie Ackwith, and Plaintiff's decedent

were husband and wife at the time of his death.

    **IT IS ORDERED**, that Marie Ackwith, Personal Representative

of the Estate of Frederick D. Ackwith, be substituted as

Plaintiff herein in the place of Frederick D. Ackwith, deceased,

without prejudice to any proceedings heretofore had in this

action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Marie Ackwith, Plaintiff and

surviving spouse of Frederick D. Ackwith, be permitted to add her

loss of consortium and wrongful death claims to this action

without prejudice to any proceedings heretofore had in this

action.

_____
**JUDGE**
Charles R. Weiner

DATE: April 8, 2002