IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARIE ACKWITH, Personal** | * | Case No. 93-3111 (MD) (1) |
| **Representative of the Estate of** | * | Case No. MDL-875 (PAE) |
| **FREDERICK D. ACKWITH** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **MARIE ACKWITH, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **FREDERICK D. ACKWITH** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **ACandS, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUBSTITUTION OF PARTIES

1. Nancy Marie Wozniak, by and through her undersigned attorneys move this Court for an Order substituting her, in her capacity as Successor Personal Representative of the Estate of Frederick D. Ackwith, Plaintiff's decedent, and as Personal Representative of the Estate of Marie Ackwith, Plaintiff herein deceased, as Plaintiffs in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2. On January 29, 2000, Frederick D. Ackwith, Plaintiff's decedent in the above matter, died. On March 10, 2000, Marie Ackwith was duly appointed Personal Representative of the Estate of Frederick D. Ackwith, deceased, by the Register of Wills for Baltimore County, Maryland.

3. On August 8, 2003, Marie Ackwith, Plaintiff herein, died.

4. On August 21, 2003, Nancy Marie Wozniak was appointed Personal Representative of the Estate of Marie Ackwith, Plaintiff herein, by the Register of Wills for Baltimore County, Maryland and on August 29, 2003, Nancy Marie Wozniak was appointed Successor Personal Representative of the Estate of Frederick D. Ackwith, Plaintiff's decedent, herein, by the Register of Wills for Baltimore County, Maryland.

5. Nancy Marie Wozniak is qualified and is now acting as Successor Personal Representative of the Estate of Frederick D. Ackwith, Plaintiff's decedent herein and is qualified and now acting as Personal Representative of the Estate of Marie Ackwith, Plaintiff herein.

6. This is an action at law for personal injuries and therefore the claims haves not been extinguished by the death of the Plaintiff.

**WHEREFORE,** Nancy Marie Wozniak, Successor Personal Representative of the Estate of Frederick D. Ackwith and Personal Representative of the Estate of Marie Ackwith, requests this Court to substitute her as Plaintiff herein in place of Marie Ackwith.

                                                                    /s/
                                        **EVE E. PRIETZ**
                                        **Bar No. 06071**
                                        **Law Offices of Peter G. Angelos**
                                        **A Professional Corporation**
                                        **5905 Harford Road**
                                        **Baltimore, Maryland 21214**
                                        **(410) 426-3200**

                                        **Attorney for Plaintiffs**

**STATEMENT OF AUTHORITIES**

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                                  /s/
                                **EVE E. PRIETZ**
                                **Bar No. 06071**
                                **Law Offices of Peter G. Angelos**
                                **A Professional Corporation**
                                **5905 Harford Road**
                                **Baltimore, Maryland 21214**
                                **(410) 426-3200**

                                **Attorney for Plaintiffs**