IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARIE ACKWITH, Personal** * | Case No. 93-3111 (MD)(1) |
| **Representative of the Estate of** * | Case No. MDL-875 (PAE) |
| **FREDERICK D. ACKWITH,** * | |
| **Now Deceased** * | |
| * | |
| **and** * | |
| * | |
| **MARIE ACKWITH, Individually and** * | |
| **as Surviving Spouse of** * | |
| **FREDERICK D. ACKWITH,** * | |
| **Now Deceased** * | |
| * | |
|     **Plaintiffs** * | |
| * | |
| **v.** * | |
| * | |
| **ACandS, INC., et al.** * | |
| * | |
|     **Defendants** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1.    On Motion of Nancy Marie Wozniak, for substitution in place of Marie Ackwith, Personal Representative of the Estate of Frederick D. Ackwith, now deceased, it appearing to the Court that the said Marie Ackwith was duly appointed Personal Representative of the Estate of Frederick D. Ackwith on March 10, 2000 by the Register of Wills for Baltimore County, Maryland; that Marie Ackwith died on August 8, 2003; that the claim asserted by her in this action was not thereby extinguished; and that Nancy Marie Wozniak has been duly appointed Successor Personal Representative of the Estate of Frederick D. Ackwith, and is qualified and is acting as such.

2.    On Motion of Nancy Marie Wozniak, for substitution in place of Marie Ackwith,

Surviving Spouse of Frederick D. Ackwith, now deceased, it appearing to the Court that the said Marie Ackwith died on August 8, 2003; that the claim asserted by her was not thereby extinguished; and that Nancy Marie Wozniak has been duly appointed Personal Representative of the Estate of Marie Ackwith, and is qualified and is acting as such.

**IT IS ORDERED,** that Nancy Marie Wozniak, Successor Personal Representative of the Estate of Frederick D. Ackwith, be substituted as Plaintiff herein in the place of Marie Ackwith, Personal Representative of the Estate of Frederick D. Ackwith, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Nancy Marie Wozniak, Personal Representative of the Estate of Marie Ackwith, be substituted as Plaintiff herein in the place of Marie Ackwith, Surviving Spouse of Frederick D. Ackwith, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE**

_____
**Date**