IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARIE ACKWITH, Personal** | * | Case No. 93-3111 (MD)(1) |
| **Representative of the Estate of** | * | Case No. MDL-875 (PAE) |
| **FREDERICK D. ACKWITH** | * | |
| **Now Deceased** | * | |
| | * | |
| and | * | |
| | * | |
| **MARIE ACKWITH Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **FREDERICK D. ACKWITH** | * | |
| **Now Deceased** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | |
| | * | |
| ACandS, INC., et al. | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005 a copy of Plaintiff's Motion for Substitution of Parties and Proposed Order, which was electronically filed in this case on October 24, 2005, was mailed via first class mail, postage prepaid, to the following parties:

>Mauricio E. Barreiro, Esquire
>15 E. Chesapeake Avenue
>Towson, Maryland 21204
>Attorney for Corhart Refractories

>John S. Cobb, Esquire
>North & Cobb
>7313 York Road
>Towson, Maryland 21204
>Attorney for General Refractories Co.

M. King Hill, III, Esquire
Venable, LLP
210 Allegheny Avenue
PO Box 5517
Towson, Maryland 21204
Attorney for Rapid American Corp.

Geoffrey S. Gavit, Esquire
Gavit & Datt
15850 Crabbs Branch Way, Ste. 180
Rockville, Maryland 20850
Attorney for J.H. France Refractories

Tom Radcliffe, Esquire
DeHay & Elliston, LLP
36 S. Charles Street,
13th Floor
Baltimore, Maryland 21201
Attorney for Viacom, Inc., Successor by Merger
　　　To CBS Corp.

_____/s/_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**